AO 91 (Rev 5/85) Criminal Complaint

# United States District Court

**Northern** DISTRICT OF **New York**



U. S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 6 1996
GEORGE A. RAY, Clerk
UTICA

UNITED STATES OF AMERICA

V.

**Name:** Dahmane CHEBAH
**Address:** Algiers, Algeria
**Birthdate:** 12/31/73
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: '96 - M G - 1 6 7

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **April 5, 1996** in **Clinton** county, in the **Northern** District of **New York** defendant(s) did, (Track Statutory Language of Offense) willfully and knowingly enter the United States at a time or place other than as designated by Immigration Officers and eluded examination or inspection by a United States Immigration Officer, to wit: that on April 5, 1996, defendant entered the United States at a point approximately .2 miles west of the port of entry at Champlain, New York by walking through the fields.

In violation of Title **8** United States Code, Section(s) **1325 (a) (i)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Subject was observed by U.S. Customs Inspector Paul Michalek walking on the West Access road in Champlain, New York. He was accompanied by 2 other males. Michalek stopped in his private vehicle and interviewed the subjects. Subjects stated they were from Algeria. Upon observing my patrol vehicle, Inspector Michalek flashed his lights. I stopped and he informed this Agent of the fore-mentioned events. Upon questioning subject stated that he had entered the United States from Canada. Subject further stated he was an Algerian citizen without immigration documents.

Continued on the attached sheet and made a part hereof:  [ ] Yes   [X] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence.

April 6, 1996                                   at   Rouses Point, New York
Date                                                 City and State

Henry Van Acker, Jr., U.S. Magistrate Judge     _____
Name & Title of Judicial Officer                 Signature of Judicial Officer